**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

SEP 1 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| INOCENCIO LARA TRUJILLO  Plaintiff-Petitioner, | § § § | |
| VS. | § § | CIVIL ACTION NO. B-02-177 |
| UNITED STATES OF AMERICA,  Defendant-Respondent. | § § § | CRIMINAL NO. 1:01CR00295-001 |

<u>O R D E R</u>

Petitioner, Inocencio Lara Trujillo, has filed a Motion To Vacate Sentence pursuant to Title 28, U.S.C. § 2255. Petitioner will be allowed to proceed in Forma Pauperis. The United States Government is hereby ordered to file a response by November 4, 2002.

DONE at Brownsville, Texas, this 19th day of September, 2002.

_____
John Wm. Black
United States Magistrate Judge