IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

OCT 2 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| INOCENCIO LARA TRUJILLO, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-02-177 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER

A review of the following cases, Civil Action No. B-02-177 and B-02-187, reveals that they involve a common question of law and fact, and are the same claim.

**IT IS** hereby **ORDERED,** pursuant to FED. R. CIV. P. 42(a), that Civil Action No. B-02-187 be **CONSOLIDATED** with Civil Action No. B-02-177, and that all pleadings be filed in Civil Action No. B-02-177.

DONE at Brownsville, Texas, this 28th day of October, 2002.

John Wm. Black
United States Magistrate Judge