IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INOCENCIO LARA TRUJILLO,<br>Petitioner-Defendant, | § § § | |
| v. | § | CA B-02-177 |
| UNITED STATES OF AMERICA,<br>Respondent-Plaintiff. | § § § § | |

## ORDER

The Court, having considered Trujillo's motion to vacate sentence under 28 U.S.C. §2255 and the government's answer, concludes dismissal is warranted. Trujillo has failed to demonstrate cause and prejudice for failing to bring his complaints on direct appeal. Even if the substance of Trujillo's complaints were reached herein, the factual and legal basis of Trujillo's complaints are belied by the record and by applicable jurisprudence. Moreover, Trujillo was convicted of Grand Theft, which is an aggravated felony, after the enactment of IIRIRA and the AEDPA; therefore, there is no *St. Cyr* issue at hand. Trujillo's motion in hereby DISMISSED.

DONE this 23rd day of January, 2003 at Brownsville, Texas.

Filemon B. Vela
United States District Judge