IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR - 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| INOCENCIO LARA TRUJILLO<br>Petitioner, | § § § | |
| v. | § | CA B-02-177 |
| UNITED STATES OF AMERICA,<br>Respondent. | § § § § | |

### ORDER GRANTING CERTIFICATE OF APPEALABILITY
### AND MOTION TO PROCEED IN FORMA PAUPERIS

Before the Court are Petitioner's Motion Requesting Certificate of Appealability Pursuant to Title 28 U.S.C. § 2253 (Doc. 9) and Petitioner's Motion for Leave to Proceed in Forma Pauperis (Doc. 8). After reviewing the file and Petitioner's Motion, the Court finds that Petitioner raises non-frivolous issues. Therefore, this Court hereby GRANTS Petitioner's Certificate of Appealability. This Court also GRANTS Petitioner's Motion to Proceed in Forma Pauperis.

DONE in Brownsville this 4th day of April, 2003.

Filemon B. Vela
United States District Judge