IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INOCENCIO LARA TRUJILLO | § § § | |
| vs. | § § § § | CASE # B-02-177 |
| UNITED STATES OF AMERICA | § | |

### ORDER DENYING CERTIFICATE OF APPEALABILITY
### AND MOTION TO PROCEED IN FORMA PAUPERIS

Pursuant to the 5th Circuit instructions, this Court has reviewed the Motions for Certificate of Appealability and to Proceed *In Forma Pauperis*. A party may not proceed *In Forma Pauperis* on appeal unless the court issues a Certificate of Appealability. Fed.R.App.P.24(a). After a thorough review of Appellants' claims, this Court is of the opinion that Appellant has not made a substantial showing of the denial of a constitutional right under 28 U.S.C.A. §2253(c)(2). Appellant claims he was not informed that an "aggravated felony" is an element required for a guilty plea. This in and of itself does not render a guilty plea involuntary. The statute (Title 8 U.S.C.S §1326(b)(2)) under which Lara Trujillo was convicted provided adequate notice to satisfy the requirements of due process. *United States vs. Martin Gerardo Perez-Torres, 15 F.3d 403, (5th Cir. 1994)*.

Accordingly, it is ORDERED that Appellant's Motions for Certificate of Appealability and to Proceed *In Forma Pauperis* should be and are hereby DENIED.

Done this 29 day of Sep, 2003

Filemon B. Vela
United States District Judge