IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-40517
USDC No. B-02-CV-177
USDC No. B-02-CV-187
USDC No. B-01-CR-295-ALL

U.S. COURT OF APPEALS
FILED
FEB 4 2004
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
FEB 0 9 2004
Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

INOCENCIO LARA TRUJILLO,
also known as Jesus Abel Montes,

                              Defendant-Appellant.

---

Appeal from the United States District Court
for the Southern District of Texas

---

O R D E R:

    Inocencio Lara Trujillo, federal prisoner # 11249-179, pleaded guilty to illegal reentry, under 8 U.S.C. § 1326, and was sentenced to 60 months of imprisonment. Trujillo moves this court for a certificate of appealability ("COA") to appeal the district court's denial of his 28 U.S.C. § 2255 motion.

    Trujillo argues that counsel rendered ineffective assistance by failing to inform him that his prior felony conviction was an element of the offense that had to be alleged in the indictment and proven beyond a reasonable doubt, that, as a result of counsel's ineffective assistance, his guilty plea was unknowingly

O R D E R
No. 03-40517
-2-

and involuntarily made, and that he should have had an evidentiary hearing.

Trujillo does not renew any of the other claims he raised in his § 2255 motion or in his COA motion in the district court, and those claims are waived. See Hughes v. Johnson, 191 F.3d 607, 613 (5th Cir. 1999). Trujillo's claim that counsel was ineffective for failing to challenge the validity of his prior deportation proceeding is raised for the first time in his COA motion in this court and will not be considered. See Whitehead v. Johnson, 157 F.3d 384, 387-88 (5th Cir. 1998).

Trujillo has not shown that reasonable jurists would find the district court's assessment of his constitutional claims debatable or wrong. Accordingly, his motion for COA is DENIED. See Slack v. McDaniel, 529 U.S. 473, 484 (2000). Trujillo's IFP motion is DENIED AS MOOT.

COA DENIED; IFP DENIED AS MOOT.

/s/ Edward C. Prado
EDWARD C. PRADO
UNITED STATES CIRCUIT JUDGE

A true copy
Test
Clerk. U. S. Court of Appeals, Fifth Circuit
By _____
Deputy

New Orleans, Louisiana   FEB 0 4 2004